Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
_____ Division

JANICE BAKER
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Macy's Florida Stores LLC
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one) ☒ Yes ☐ No
)
)
)
)
)
) FILED BY ___cs___ D.C.
) JUL 26 2021
) ANGELA E. NOBLE
) CLERK U.S. DIST. CT.
) S.D. OF FLA. – W.P.B.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Janice Baker
   Street Address: 4423 Lake Tahoe Circle
   City and County: West Palm Beach, FL 33409
   State and Zip Code:
   Telephone Number: (561) 578-4336
   E-mail Address: rbaker4423@att.net

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Resnick + Louis, PC
- Job or Title (if known):
- Street Address: 444 Brickell Avenue, Suite 300
- City and County: Miami
- State and Zip Code: Florida 33131
- Telephone Number:
- E-mail Address (if known): bharvell@rlattorneys.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U.S code title 42 Chapter 21 Americans with Disabilities Act and Article IV Section 2

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* JANICE BAKER , is a citizen of the State of *(name)* Florida .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Macy's Florida Stores , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* MACYS Florida Stores, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Plaintiff Sanker Baker is asking for $125,000 for punitive damages, defamation/Libel, Civil Rights/ ADA Act Violated in this Civil Case

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-22-2021

Signature of Plaintiff: Janice Baker

Printed Name of Plaintiff: Janice Baker

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

(1" from top of page, and centered,
begin title of Court)

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No. 50-2016-CA-011132XXXXMB – Civ (Judge's Last Name/Magistrate's Last Name)

Honorable Judge Gillman

(Full Name of Plaintiff/s) ,
JANICE BAKER
Plaintiff (s)

vs.

(Full Name of Defendant/s),

Defendant(s).
Macy's Florida Stores LLC

## COMPLAINT

I, JANICE BAKER , plaintiff, in the above styled cause, sue defendant(s): Macy's Florida Stores LLC .

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): U.S Code Title 42 Chapter 21, American with Disabilities Act and Article IV, section 2

Dated: Month, day, year
07-22-2021

Respectfully submitted,

Janice Baker

Name of Filer
Attorney Bar Number (if aplicable)
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address 4423 Lake Tahoe Circle
City, State, Zip Code West Palm Beach, FL 33409
Telephone: (xxx)xxx-xxxx (561) 578-4336
Facsimile: (xxx)xxx-xxxx
Attorneys for Plaintiff/Defendant [Party Name(s)]
(if applicable)

Case 9:21-cv-81295-DMM   Document 1   Entered on FLSD Docket 07/27/2021   Page 7 of 15

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

*[Signature]*
Signature of Filer

## SERVICE LIST

Party or Attorney Name
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx-xxxx
Facsimile: (xxx)xxx-xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)

Party or Attorney Name
Attorney E-mail Address (if applicable)
Firm Name (if applicable)
Street Address
City, State, Zip Code
Telephone: (xxx)xxx-xxxx
Facsimile: (xxx)xxx-xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

JANICE BAKER,

      Plaintiff,

vs.

MACY'S FLORIDA STORES LLC,

      Defendant

Case No.: Number

## COMPLAINT FOR A CIVIL CASE

**A. STATEMENT OF CLAIM**

1. Plaintiff pro-se Janice Baker, case is about a non-final judgment, where the Defendants were given a Motion for Summary Judgment without presenting material fact for case # 4D18-3618 on December 10, 2018.

1

- 1

2. **Plaintiff pro-se Janice Baker filed several Petition of Writ, and Notice of Appeal from the 15th Judicial Circuit Court of Palm Beach County and 4th Appeal District Circuit Court which were later denied for Not having a conformed copy.**

3. **Plaintiff pro-se Janice Baker, filed several Indigent Status, and letter to Honorable Judge Paige Gillman Who denied me on 4/13/2021.**

4. **Plaintiff pro-se Janice Baker have filed several ADA Grievance to the Florida Supreme Court how Plaintiff ADA/ Civil Rights are violated by the Defendant.**

2

-2

5. **Defendant in this Macy's case have been writing defamation Libel claims against Plaintiff due to frivolous Motions, And Sanctions, which was later stricken from the 4th Appeal District Circuit Court.**

6. **Defendant violated the Codes of Ethics as lawyers. On 4/22/21, Plaintiff received an email from the Defendant who filed the same Motion on 6/11/21, which was Not docket by the 4th Appeal District Circuit Court, Which caused my case to be dismissed due to not Having a conformed copy, which is against the law According to Florida rules 9.220 (a) (b).**

7. **Defendant violated my Civil/ADA Rights by trying to Get Power of Attorney through Medicare in this Macy's case when they were not my lawyers in this case and**

3

- 3

filing false claims against Plaintiff to keep the 15th Judicial Circuit Court of Palm Beach and 4th Appeal District Circuit Court from reviewing the Petition of Writ And Notice of Appeal due to not having a conformed Copy in this case.

8. Defendant was given a Final Judgment without having Material facts from the 15th Judicial Circuit Court of Palm Beach County, why the Plaintiff material facts Were overlooked showing evidence in this Macy's case.

9. Defendant was given an order by Honorable Judge Garrison to have mediation, which mediation took Place on 1/28/17 by mediator Robbin Hawkins, who Supposed to report back to Honorable Judge Garrison On the outcome for a trial date which never took place.

4

- 4

This is the reason why Plaintiff feels like her Civil Rights were violated throughout this case from 2016 Thru 2021

B. Relief

1. Plaintiff is asking the court for punitive damages, Defamation/libel claims, pain and suffering the Defendant have cause me throughout this Macy's Case to keep this case from being rewarded to the Plaintiff, which the Defendant violated my Civil And ADA rights in this case. The amount the Plaintiff is asking the court to reward me is $275,000 dollar or more for my relief.

5

- 5

# CONCLUISON

As a Plaintiff pro-se who doesn't have the knowledge

Nor the experience, but I do know my truth.  I ask

The Southern District Court of Florida to look at

All evidence from the 15th Judicial Circuit Court

And the 4th Appeal District Circuit Court where my

Civil/ADA Rights were violated by the Defendants

And others throughout this Macy's case due to injuries

That I sustain from a fall in 2016.


July 22, 2021

Mrs. Janice Baker

4423 Lake Tahoe Circle

West Palm Beach, Fl 333409

Rbaker4423@att.net

*/s/ Janice Baker*

6

-6

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. _____

__Janice Baker_____,
**Plaintiff**

v.

__Macy's Florida Stores LLC____
**Defendant.**

### CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, __Janice Baker_____, as counsel for the plaintiff/defendant,

_____, hereby certify the following:

Check the applicable sections:

☒ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☐ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature: __Janice Baker_____ Date: __7-22-21__

PICKUP AVAILABLE
* Domestic only

:N USED INTERNATIONALLY,
CUSTOMS DECLARATION
ABEL MAY BE REQUIRED.

FROM:
Mrs. Janice Bator
4423 Lake Tahoe Circle
WPB, FL 33409

TO:
Paul G. Rogers Federal B...
US Courthouse
701 Clematis Street,
WPB, FL 33401

EP14 July 2013
OD: 11.625 x 15.125

PS00000000013

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE